COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ECHOSPHERE, L.L.C.,                                No. 08-10-00155-CV

§

Appellant,                              Appeal from

§

v.                                                      448th District Court

§

ANTONIA PEDROZA,                            of El Paso County, Texas

§

Appellee.                            (TC # 2008-405)

§

**MEMORANDUM OPINION**

Pending before the Court is the joint motion of Appellant, Echosphere L.L.C., and Appellee, Antonia Pedroza, to dismiss this appeal pursuant to TEX.R.APP.P. 42.1 because the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

September 29, 2010

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.